1  STEPHANIE M. HINDS (CABN 154284)
   United States Attorney

2

3  THOMAS A. COLTHURST (CABN 99493)
   Chief, Criminal Division

4  KENNETH CHAMBERS (NYBN 5559885)
   Assistant United States Attorney

5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-6488
7      FAX: (415) 436-7234
       kenneth.chambers@usdoj.gov
8
   Attorneys for United States of America

9

FILED

Apr 18 2022

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 3:13-CR-00756-WHA |
| Plaintiff, | [~~PROPOSED~~] DETENTION ORDER |
| v. | |
| WENDALL JOHNSON, | |
| Defendant. | |

This matter came before the Court on April 14, 2022, for an initial appearance on a Petition for Warrant for Person Under Supervision against Wendall Johnson, alleging a violation of his supervised release conditions. The defendant was present by Zoom and consented to appear by video and was represented by James Vaughns. Assistant United States Attorney Kenneth Chambers appeared for the government. Officer Brittle, of the United States Probation Office, was also present at the hearing. The government moved for detention, and the defendant opposed. On April 18, 2022, the Court held a further hearing. It was an initial appearance on an Amended Petition, which now alleged two violations of Johnson's supervised release conditions, as well as a detention hearing. The defendant was again present by Zoom and consented to appear by video and was represented by Mr. Vaughns. AUSA Chambers and Officer Brittle were present as well. At the hearing, counsel submitted proffers and

arguments regarding detention.

Upon consideration of the facts, proffers and arguments presented, and for the reasons stated on the record, the Court finds that the defendant has failed to show by clear and convincing evidence that he will not pose a danger to the community. See Fed. R. Crim. Proc. 32.1(a)(6). Accordingly, the defendant must be detained while the Amended Petition is pending. The present order supplements the Court's findings and order at the detention hearing and serves as written findings of fact and a statement of reasons. As noted on the record, the Court makes the following findings as the bases for its conclusion:

Mr. Johnson poses a danger to the community. Charge Number One alleges that there is probable cause to believe that, on August 12, 2021, Mr. Johnson committed the following offenses: Assault with a Deadly Weapon, in violation of California Penal Code § 245(a)(1); Discharge a Firearm at an Inhabited Dwelling, in violation of California Penal Code §246; Attempted Robbery, in violation of California Penal Code § 664/211; Criminal Threats, in violation of California Penal Code § 422; Damage to Property, in violation of California Penal Code § 594(a)(1); Felon in Possession of a Firearm, in violation of California Penal Code § 29800(a)(1); and Domestic Battery, in violation of California Penal Code § 243(e)(1). Charge Number Two alleges that there is probable cause to believe that, on August 12, 2021, the defendant was in possession of a firearm. As both charges stem from a violent attack on someone, the Court finds that the defendant is a danger to the community.

These finding are made without prejudice to the defendant's right to seek review of defendant's detention, or file a motion for reconsideration if circumstances warrant it.

Pursuant to 18 U.S.C. § 3143(a)(1) and Fed. R. Crim. Proc. 32.1(a)(6), IT IS ORDERED THAT:

1. The defendant be, and hereby is, committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. The defendant be afforded reasonable opportunity for private consultation with counsel; and

3. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which the defendant is confined shall deliver the

1  defendant to an authorized United States Marshal for the purpose of any appearance in connection with a
2  court proceeding.
3        IT IS SO ORDERED.

5  DATED: April 18, 2022

_____
HONORABLE THOMAS S. HIXSON
United States Magistrate Judge